# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION                                                        MDL No. 2599

(SEE ATTACHED SCHEDULE)

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in the actions on the attached schedule on March 3, 2020. In light of the recent Suggestion of Remand (ECF No. 1146) issued by the transferee judge, the Honorable Federico A. Moreno, it is

    ORDERED that the Panel's conditional transfer order designated as "CTO-94" filed on March 3, 2020, is VACATED.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**      MDL No. 2599

SCHEDULE A

| **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NORTH CAROLINA EASTERN | | | |
| NCE | 5 | 20-00060 | Willis v. Ford Motor Company |
| SOUTH CAROLINA | | | |
| SC | 3 | 20-00865 | Williams v. Ford Motor Company |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 20-00260 | Brooks v. Ford Motor Company |