UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Angela Williams, e*t al.*, <br><br> Plaintiffs, <br> vs. <br><br> Ford Motor Company, <br><br> Defendant. | Civil Action No. 3:20-cv-00865-MDL <br><br> **DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6), FRCP** |

COMES NOW Defendant Ford Motor Company (hereinafter "Defendant"), by and through its undersigned counsel, who hereby moves this Honorable Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing Plaintiffs' claims of breach of implied warranty of merchantability pursuant to the Magnuson-Moss Warranty Act, unjust enrichment, fraudulent concealment, and violation of the South Carolina Unfair Trade Practices Act. As Plaintiffs fail to state a claim to relief that is plausible on its face pursuant to Rule 8 of the Federal Rules of Civil Procedure, this Honorable Court should dismiss the claims alleged in Plaintiffs' Complaint.

This Motion is supported by the applicable law, the memorandum that Defendant submits in support of this Motion, and counsel's arguments at any hearing set on said Motion.

Given the nature of this Motion, consultation with Plaintiffs' counsel was not required prior to its filing, pursuant to the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant hereby requests that the Court grant it the following relief:

1) Enter an Order dismissing Plaintiffs' Complaint; and/or

2) Set a hearing on the Defendant's Motion so that Defendant may set forth more fully its arguments for the Court; and/or

3) Such other and further relief as the Court may deem appropriate.

2

                                                Respectfully submitted,

                                                <u>*s/Randi Lynn Roberts*</u>
                                                Randi Lynn Roberts, USDC ID. No. 12462
                                                rlroberts@gaffneylewis.com
                                                Sara E. Brakmann, USDC ID No. 13218
                                                sbrakmann@gaffneylewis.com
                                                **GAFFNEYLEWIS LLC**
                                                3700 Forest Drive, Suite 400
                                                Columbia, South Carolina 29204
                                                803.790.8838 (telephone)
                                                803.790.8841 (fax)

May 19, 2020                                   *Attorneys for Defendant Ford Motor Company*