# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Angela Williams, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 3:20-cv-00865-MGL |
| Ford Motor Company, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that a settlement in principle has been reached in this case.

It is requested that the Court allow the parties 60 days to consummate the settlement and file a notice of voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a).

Dated: May 27, 2020

                                               PLAINTIFFS

                                               */s/ Lawrence B. Serbin*
                                               Lawrence B. Serbin, Esq., D.S.C. #12692
                                               The Law Offices of Jason E. Taylor, P.C.
                                               PO Box 2688
                                               Hickory, NC 28603
                                               Telephone: (800) 351-3008
                                               Facsimile: (704) 676-1094
                                               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Lawrence B. Serbin_____
                                                 Lawrence B. Serbin, Esq.