IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Angela Williams, Debra Ann Axsmith, Tonia Babiak, Madgie Bearden, Barbara Clements, Lawrence Gerard Colbert, Stephen Cooper, Grant Culbertson, Bernice P Daugherty, Rich Doehling, Gerry Durham, Gale Bracey Erekson, Daniel Gaines, Kevin Gainey, Ann D George, James Gould, Denesse Hilton, Edward Johnson, John L. Jones, Karen Jones, Furman Jones, James Lauro, Vernoy McTeer, Randall Murphy, William Parker, Fredrick J. Phillips, Frank Pirone, Carroll Smith Brown, Alton Stone, Frank Tamburello, Michael Teachout, Teresa Von Besser, Angela Wagner, Kenneth Watts, Ryan Wieckowski, and David Winn, <br><br>         Plaintiffs, <br><br>vs. <br><br>Ford Motor Company, <br><br>         Defendant. | C/A No. 3:20-cv-00865-MGL <br><br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, any party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, any party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 381-82 (1994).

   The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within sixty (60) days from the filing date of this order.

   IT IS SO ORDERED.

               <u>s/Mary Geiger Lewis   </u>
               MARY GEIGER LEWIS
               UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 27, 2020