**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Angela Williams, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 3:20-cv-00865-MDL |
| Ford Motor Company, | : |
| Defendant. | : |

## PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO REOPEN CASE

Plaintiffs, Angela Williams, *et al* ("Plaintiffs") hereby move for an extension of time to reopen case. In support of this motion, Plaintiffs state as follows:

1. On May 27, 2020, Plaintiffs notified the Court of the settlement. (Doc. No. 15).

2. Current deadline to reopen case is July 27, 2020.

3. Despite diligent efforts, the parties have not yet completed the settlement. The parties are complying with the settlement agreement and Plaintiffs expect the settlement to be consummated by September 27, 2020.

4. Counsel for Defendant consents to this request.

WHEREFORE, Plaintiffs respectfully request that the deadline to reopen case is extended up to and including September 27, 2020.

Dated: July 21, 2020

                                                        Respectfully submitted,

                                                          /s/ Lawrence B. Serbin
                                                        Lawrence B. Serbin, Esq., D.S.C. #12692
                                                        The Law Offices of Jason E. Taylor, P.C.

PO Box 2688
Hickory, NC 28603
Telephone: (800) 351-3008
Facsimile:  (704) 676-1094
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2020 a true and correct copy of the foregoing Consent Motion to Extend Time to Reopen Case was served electronically by the U.S. District Court District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Lawrence B. Serbin_____
                                            Lawrence B. Serbin, Esq.