UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Angela Williams, e*t al.*, <br><br> Plaintiffs, <br> vs. <br><br> Ford Motor Company, <br><br> Defendant. | Civil Action No. 3:20-cv-00865-MGL <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

For Plaintiffs:

*s/Lawrence B. Serbin*
Lawrence B. Serbin, Federal ID No. 12692
LSerbin@JasnETaylor.com
**The Law Offices of Jason E. Taylor, P.C.**
P.O. Box 2688
Hickory, North Carolina 28603
(800) 351-3008 Phone  (704) 676-1094 Fax

For Defendant:

*s/Randi Lynn Roberts*
Randi Lynn Roberts, Federal ID No. 12462
rlroberts@gaffneylewis.com
**GAFFNEYLEWIS LLC**
3700 Forest Drive, Suite 400
Columbia, South Carolina 29204
(803) 790-8838 Phone  (803) 790-8841 Fax

Dated: September 25, 2020